UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

MICHAEL HEYWARD,

                     **Plaintiff,**

          -against-

THE CITY OF NEW YORK,

                     **Defendant.**

----------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Mar. 21, 2022

**1:21-cv-09376 (ALC)**

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 8, 2022, Defendant filed a letter motion requesting a pre-motion conference in anticipation of filing a motion to dismiss the Complaint. ECF No. 17. To date, *pro se* Plaintiff has yet to respond. Accordingly, *pro se* Plaintiff is hereby ordered to respond no later than Wednesday, March 30, 2022.

The Clerk of Court is respectfully directed to serve this Order upon *pro se* Plaintiff.

**SO ORDERED.**

**Dated:**   **March 21, 2022**
           **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**