UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MICHAEL HEYWARD,

       Plaintiff,

  -v-                                    No.   21-CV-9376-LTS

CITY OF NEW YORK,

       Defendant.

-------------------------------------------------------x

## Order

On January 9, 2023, the Court issued a Memorandum Order (docket entry no. 33 (the "Order")) dismissing Plaintiff's claims, but granting Plaintiff leave to file an amended complaint "within 45 days[,]" or by February 23, 2023.  In the Order, the Court explained that "[t]he amended complaint must be filed with the Court within 45 days" and directed "[t]he Clerk of Court . . . to hold this case open for 45 days, pending Plaintiff's timely filing of an amended complaint."  The February 23, 2023 deadline has passed, and Plaintiff has not filed an amended complaint.  The Court therefore respectfully directs the Clerk of Court to close this case.

      SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
       April 13, 2023                             LAURA TAYLOR SWAIN
                                                   Chief United States District Judge

**Mail to:**

Michael Heyward
409 East 64th Street Apt. 4D
New York, NY 10065